RECEIVED
JUL 11 2002
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS
_____ DIVISION

Michael A Lydon )
_____ )
(Name of the plaintiff or plaintiffs) )
)
V. )
)
Amp-Rite Electric Co )
_____ )
)
_____ )
(Name of the defendant or defendants) )

CIVIL ACTION
NO. 02C 4898
(Case number will be supplied by the assignment clerk)

JUDGE ZAGEL

MAGISTRATE JUDGE ASHMAN

COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.
2. The plaintiff is __Michael A Lydon__ of the county of __DuPage__ in the state of __IL__.
3. The defendant is __AmpRite Electric Co__, who resides at (street address) __30W 310 Butterfield Rd.__ (city) __Warrenville__ (county) __DuPage__ (state) __IL__ (ZIP) __60555__
(Defendant's telephone number) (__630__) – __393-9400__

DOCKETED
JUL 12 2002

4) The plaintiff sought employment or was employed by the defendant at

(street address) 30W 310 Butterfield Rd

(city) Warrenville (county) DuPage (state) IL (ZIP code) 60555

5. The plaintiff [check one box]

   (a) ☐ was denied employment by the defendant.

   (b) ☐ was hired and is still employed by the defendant.

   (c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,

   (month) 5, (day) 1, (year) 2000.

7. (a) The plaintiff [check one box] ☐ *has not* filed a charge or charges against the defendant ☒ *has*

   asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

   (i) ☒ the United States Equal Employment Opportunity Commission on or about
       (month) 12 (day) 12 (year) 2000.

   (ii) ☐ the Illinois Department of Human Rights on or about
        (month)_____ (day)_____ (year)_____.

   (b) If charges *were* filed with an agency indicated above, a copy of the charge is

   attached. ☒ YES ☐ NO

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

8. (a) ☐ the United States Equal Employment Opportunity Commission has not issued a

   *Notice of Right to Sue.*

(b) ☐ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) **April** (day) **16** (year) **2002** a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [check all that apply]

   (a) ☐ Age (Age Discrimination Employment Act).
   (b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (c) ☐ Disability (Americans with Disabilities Act)
   (d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)
   (g) ☒ Sex (Title VII of the Civil Rights Act of 1964)

10. The plaintiff is suing the defendant, a state or local government agency, for discrimination on the basis of race, color, or national origin (42 U.S.C. §1983).

    ☐ YES   ☒ NO

11. Jurisdiction over the statutory violation alleged is conferred as follows: over Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); over 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; over the A.D.E.A. by 42 U.S.C.§12117.

12. The defendant [check all that apply]

    (a) ☐ failed to hire the plaintiff.
    (b) ☒ terminated the plaintiff's employment.
    (c) ☒ failed to promote the plaintiff.
    (d) ☐ failed to reasonably accommodate the plaintiff's religion.
    (e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☐ other (specify): _Sexually Harassed continually from 5-1-2000 thru 4-2001_

13. The facts supporting the plaintiff's claim of discrimination are as follows:

    _Sexual Harassment Complaints ignored_
    _GAY Signs taped to Vehicle_
    _Lack of action by Supervisors_
    _Sexual Harassment on Radios toward Plantiff_
    _Eventual demotion and termination of Plaintiff_

14. [AGE DISCRIMINATION ONLY] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury.    ☐ YES   ☒ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [check all that apply]

    (a) ☐  Direct the defendant to hire the plaintiff.
    (b) ☐  Direct the defendant to re-employ the plaintiff.
    (c) ☐  Direct the defendant to promote the plaintiff.
    (d) ☐  Find that the defendant failed to reasonably accommodate the plaintiff's religion.
    (e) ☐  Find that the defendant failed to reasonably accommodate the plaintiff's disabilities.
    (f) ☒  Direct the defendant to (specify): _Monetary settlement from Court be Levied against Defendant — Plaintiff can no longer_

work in Defendants Jurisdiction Local #701 IBEW as Defendant is High Profile Contractor with union. Both Union and Defendant refused to back Plaintiffs plea to cease harassment.

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature) Michael J Lydon

(Plaintiff's name) MICHAEL J. LYDON

(Plaintiff's street address) 541 CYPRESS DR.

(City) NAPERVILLE (State) IL (ZIP) 60540

(Plaintiff's telephone number) (630) - 961- 3012

Equal Employment Opportunity Commission

# DISMISSAL AND NOTICE OF RIGHTS

| To: CERTIFIED MAIL NO.: 7099-3400-0006-7304-0419 C/P | From: |
|---|---|
| Michael J. Lyndon<br>541 Cypress Drive<br>Naperville, Illinois 60540 | Equal Employment Opportunity Commission<br>Chicago District Office<br>500 West Madison Street, Suite 2800<br>Chicago, Illinois 60661-2511 |

[ ] *On behalf of a person aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 210A11076 | Ms. Patricia Jaramillo, Enforcement Supervisor | (312) 886-3576 |

*(See the additional information attached to this form.)*

YOUR CHARGE IS DISMISSED FOR THE FOLLOWING REASON:

[ ] The facts you allege fail to state a claim under any of the statutes enforced by the Commission

[ ] Respondent employs less than the required number of employees.

[ ] Your charge was not timely filed with the Commission, *i.e.*, you waited too long after the date(s) of the discrimination you alleged to file your charge. Because it was filed outside the time limit prescribed by law, the Commission cannot investigate your allegations.

[ ] You failed to provide requested information, failed or refused to appear or to be available for necessary interviews/conferences, or otherwise refused to cooperate to the extent that the Commission has been unable to resolve your charge. You have had more than 30 days in which to respond to our final written request.

[ ] The Commission has made reasonable efforts to locate you and has been unable to do so. You have had at least 30 days in which to respond to a notice sent to your last known address.

[ ] The respondent has made a reasonable settlement offer which affords full relief for the harm you alleged. At least 30 days have expired since you received actual notice of this settlement offer.

[ x ] The Commission issues the following determination: Based upon the Commission's investigation, the Commission is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] Other *(briefly state)* _____

## - NOTICE OF SUIT RIGHTS -

[ x ] **Title VII and/or the Americans with Disabilities Act:** This is your NOTICE OF RIGHT TO SUE, which terminates the Commission's processing of your charge. If you want to pursue your charge further, you have the right to sue the respondent(s) named in your charge in a court of competent jurisdiction. **If you decide to sue, you must sue WITHIN 90 DAYS from your receipt of this Notice; otherwise your right to sue is lost.**

[ ] **Age discrimination in Employment Act:** This is your NOTICE OF DISMISSAL OR TERMINATION, which terminates processing of your charge. If you want to pursue your charge further, you have the right to sue the respondent(s) named in your charge in a court of competent jurisdiction. **If you decide to sue, you must sue WITHIN 90 DAYS** from your receipt of this Notice; otherwise your right to sue is lost.

[ ] **Equal Pay Act (EPA):** EPA suits must be brought within 2 years (3 years for willful violations) of the alleged EPA underpayment.

On behalf of the Commission

*April 14, 2002*

*John P. Rowe*
John P. Rowe, District Director

Enclosures
  Information Sheet
  Copy of Charge
cc: Respondent(s)    Amp-Rite Electric

EEOC Form 161 (Test 5/9

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☐ FEPA ☒ EEOC | 210A11076 |

__Illinois Dept. of Human Rights__ and EEOC
*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Mr. Michael J. Lydon | (630) 961-3012 |
| STREET ADDRESS — CITY, STATE AND ZIP CODE | DATE OF BIRTH |
| 541 Cypress Drive, Naperville, IL 60540 | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Amp-Rite Electric | Cat C (201-500) | (630) 393-9400 |
| STREET ADDRESS — CITY, STATE AND ZIP CODE | | COUNTY |
| 30 W 310 Butterfield Road, Warrenville, IL 60555 | | 043 |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST 05/01/2000   LATEST 12/12/2000
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

I am an Electrician and began my employment with Respondent in May 2000. I was sexually harassed by my Foreman continuously. In the beginning of June 2000 I complained to Management about the sexual harassment. After my complaints my foreman ignored me. In mid-June 2000 I was transferred to a very difficult job as a General Foreman, with a company vehicle, gas card and company phone. In August 2000 I was transferred to another job as General Foreman. I was sexually harassed again and complained to Management in September 2000. After my complaints almost my whole crew was laid off and I was transferred to another job. I was demoted from General Foreman to Foreman. I was sexually harassed again and once again I complained. My vehicle needed repairs and while awaiting repairs it was given to the person who had most recently sexually harassed me. I was given an inferior vehicle and when I complained to Management I was sexually harassed again. The sexual harassment continued on this job and when I complained the two men who sexually harassed me were sent to a more desirable job with overtime while overtime had been eliminated on my job. Also my entire crew was laid off, my vehicle, gas card and phone was taken away and I was demoted to Journeyman with a significant cut in pay. The Owner told the General Foreman to fire me but the General Foreman persuaded him to let me stay as a Journeyman.

RECEIVED EEOC
DEC 12 2000
CHICAGO DISTRICT

I believe I am being retaliated against and discriminated against because of my sex, male, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

I declare under penalty of perjury that the foregoing is true and correct.

12-12-00  /s/ Michael J. Lydon
Date  Charging Party (Signature)

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Month, day and year)

EEOC FORM 5 (Rev. 07/99)

FILE COPY